[No. 28006. Department One. November 24, 1941.]

ESSIE E. DAVIES *et al.*, *Appellants*, v. BEN H. FLETT *et al.*, *Respondents.*[1]

*Clarence L. Gere* and *W. C. Losey,* for appellants.

*James A. Brown* and *Robert M. Brown,* for respondents.

ROBINSON, C. J.—This action was brought by plaintiffs, seeking a decree adjudging that a deed executed by John T. Hollis and Hester M. Hollis, his wife, was a mortgage, and for other relief. The trial court, after

[1]Reported in 119 P. (2d) 686.

a trial lasting four days, held that the deed was what it purported to be, an absolute conveyance of the land, and entered findings of fact, conclusions of law, and a decree accordingly. A proper notice of appeal was served and filed, and also a transcript of the record, but no properly prepared or certified statement of facts has been brought to this court. Appellants prepared a document, denominated a "proposed statement of facts," which they presented to the trial judge, together with a certificate for his signature, but he refused to sign the certificate, for reasons which are fully set forth in *State ex rel. Davies v. Superior Court*, 3 Wn. (2d) 102, 99 P. (2d) 934, in which a writ of mandate was unsuccessfully sought to compel him to do so.

As no statement of facts has been furnished, and we find no error in the record as it stands, the judgment appealed from is affirmed.

BLAKE, MAIN, MILLARD, and STEINERT, JJ., concur.